IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD EUGENE HIGGINS,

    Petitioner,                  No. CIV S-06-2192 DFL CMK P

  vs.

JAMES A. YATES, Warden,

    Respondent.                <u>ORDER</u>

_____/

       By order filed November 2, 2006, petitioner's habeas application was dismissed with leave to amend; specifically, petitioner was directed to name the state officer having custody of him as the respondent to the petition. Petitioner has filed an amended complaint.

       Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. Petitioner's request to proceed in forma pauperis is granted;

       2. Respondents are directed to file an answer within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

3. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

4. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus on Michael Patrick Farrel, Senior Assistant Attorney General;

5. The Clerk of the Court is directed to update the caption of this case to reflect that petitioner has named James A. Yates, Warden as the respondent.

DATED:   November 28, 2006.

*/s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE