IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD EUGENE HIGGINS,**<br><br>                              Petitioner,<br><br>     v.<br><br>**JAMES A. YATES, Warden,**<br><br>                              Respondent. | CIV S-06-2192 DFL CMK P<br><br>**ORDER TO SECOND REQUEST FOR ENLARGEMENT OF TIME** |

GOOD CAUSE APPEARING, Respondent's application for a thirty (30) day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on March 14, 2007.

February 15, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1