IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD EUGENE HIGGINS,** | CIV S-06-2192 DFL CMK P |
| Petitioner, | **ORDER TO THIRD REQUEST FOR ENLARGEMENT OF TIME** |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a thirty (30) enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on or before April 13, 2007.

March 13, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1