IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HAROLD EUGENE HIGGINS,** | CIV S-06-2192 DFL CMK P |
| Petitioner, | ORDER GRANTING EXTENSION TO FOURTH EXTENSION OF TIME |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a thirty (30) day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on May 14, 2007.

DATED: April 12, 2007.

                                      _____
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Granting Fourth Extension of Time

1