IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HAROLD EUGENE HIGGINS,

    Petitioner,               No. CIV S-06-2192 DFL CMK P

    vs.

JAMES A. YATES, Warden,

    Respondent.            ORDER

_____/

    Respondent has filed a fifth request for an extension of time to file a response. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's May 11, 2007 third request for an extension of time is granted; and

    2. Respondent shall file a response to the petitioners petition for writ of habeas corpus on or before June 13, 2007.

DATED: May 15, 2007.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE